**Dismissed and Opinion Filed August 27, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00697-CV

**KELLY BROOME, Appellant**
**V.**
**TUCKER ALBIN AND ASSOCIATES, INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00672**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

The Court has before it appellant's August 25, 2015 unopposed motion to dismiss the appeal. Appellant states that all issues between him and appellee have been fully and finally settled and he no longer desires to pursue the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

150697F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KELLY BROOME, Appellant

No. 05-15-00697-CV      V.

TUCKER ALBIN AND ASSOCIATES,
INC., Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-00672.
Opinion delivered by Justice Myers, Justices
Fillmore and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 27th day of August, 2015.